HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD FOSTER, et al.,

                Plaintiffs,

v.

STATE OF WASHINGTON, et al.,

                Defendants.

No.11-05171-RBL

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION [Dkt. #19].

This matter is before the Court on Plaintiff's Motion for Reconsideration [Dkt. #19]. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h).

Plaintiff recognizes that he has no liberty interest in good time earned at the state level under RCW §9.94A.728. He argues that he has a liberty interest in good time earned at the county level under RCW §9.92.151, and that the Court erred in dismissing his claim based upon the separate statutory schemes.

Plaintiff's argument does not speak to the fact that he did not provide the "release address" the DOC required for early release.

ORDER - 1

The Rule 7(h) standard has not been met in this case, and the Court will not Reconsider its prior ruling. [Dkt. #16]. Plaintiff's Motion for Reconsideration [Dkt. #19] is DENIED.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE